**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | |
| U.S. DEPARTMENT OF STATE; JOHN F. KERRY, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS, Department of State Bureau of Political Military Affairs; KENNETH B. HANDELMAN, individually and in his official capacity as Deputy Assistant Secretary, Defense Trade Controls, Bureau of Political Military Affairs, Department of State; C. EDWARD PEARTREE, individually and in his official capacity as Director, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State; SARAH J. HEIDEMA, individually and in her official capacity as Division Chief, Regulatory and Multilateral Affairs, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State; and GLENN SMITH, individually and in his official capacity as Senior Advisor, Office of Defense Trade Controls, Bureau of Political Military Affairs, Department of State, | § § § § § § § § § § § § § § § § § § § § § § § | CASE NO.: 1:15-cv-372 |
| Defendants. | § | |

## SECOND AMENDMENT FOUNDATION, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Second Amendment Foundation, Inc. ("SAF") hereby states that there is no parent corporation of SAF nor any publicly held corporation owning 10% or more of its stock.

Dated: May 6, 2015

GURA & POSSESSKY, PLLC

Alan Gura
Virgina Bar No. 68842*
alan@gurapossessky.com
Gura & Possessky, PLLC
105 Oronoco Street
Suite 305
Alexandria, Virginia 22314
Telephone: 703-835-9085
Facsimile: 703-997-7665

Matthew Goldsetin
D.C. Bar No. 975000*
matthew@goldsteinpllc.com
Matthew A. Goldstein, PLLC
1012 14th Street NW, Suite 620
Washington, DC 20005
Telephone: 202-550-0040
Facsimile: 202-683-6679

Josh Blackman
Virginia Bar No. 78292*
joshblackman@gmail.com
1303 San Jacinto Street
Houston, Texas 77002
Telephone: 202-294-9003
Facsimile: 713-646-1766

*Admission pro hac vice pending

Respectfully submitted,

FISH & RICHARDON P.C.

/s/ William B. Mateja
William T. "Tommy" Jacks
Texas State Bar No. 10452000
jacks@fr.com
William B. Mateja
Texas State Bar No. 13185350
mateja@fr.com
David S. Morris
Texas State Bar No. 24032877
dmorris@fr.com
Fish & Richardson P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, Texas 78701
Telephone: 512-472-5070
Facsimile: 512-320-8935