IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC., | § § § | Case No. 15-CV-372-RP |
| Plaintiffs, | § § | |
| v. | § § | |
| U.S. DEPARTMENT OF STATE, et al., | § § | |
| Defendants. | § § | |

PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 7 and 65, Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. hereby move for a preliminary injunction.

Dated: May 11, 2015                              Respectfully submitted,

GURA & POSSESSKY, PLLC                           FISH & RICHARDSON P.C.

Alan Gura                                        /s/ William B. Mateja
Virginia Bar No. 68842*                          William T. "Tommy" Jacks
Gura & Possessky, PLLC                           Texas State Bar No. 10452000
105 Oronoco Street, Suite 305                    William B. Mateja
Alexandria, Virginia 22314                       Texas State Bar No. 13185350
703.835.9085 / Fax 703.997.7665                  David S. Morris
alan@gurapossessky.com                           Texas State Bar No. 24032877
                                                 FISH & RICHARDSON P.C.
Matthew Goldstein                                One Congress Plaza, Suite 810
D.C. Bar No. 975000*                             111 Congress Avenue
Matthew A. Goldstein, PLLC                       Austin, Texas 78701
1012 14th Street NW, Suite 620                   (512) 472-5070 (Telephone)
Washington, DC 20005                             (512) 320-8935 (Facsimile)
202.550.0040/Fax 202.683.6679                    jacks@fr.com
matthew@goldsteinpllc.com                        dmorris@fr.com
                                                 mateja@fr.com

1

Josh Blackman
Virginia Bar No. 78292*
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

*Admission pro hac vice pending