IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Case No. 15-CV-372-RP |

[PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction.

Upon consideration of Plaintiffs' motion and the entire record, good cause having been shown, Plaintiffs' motion is HEREBY GRANTED.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this injunction, ARE HEREBY ENJOINED from enforcing any prepublication approval requirement against unclassified information under the International Traffic in Arms Regulations, 22 C.F.R. Part 120 *et seq*. ("ITAR"), including, specifically, against the Plaintiffs' publication of the files that Defense Distributed has previously submitted for commodity jurisdiction review; all of Defense Distributed's project files, coding, and models for producing 80% AR-15 lower receivers; all CAD files that Defense Distributed has submitted for DOPSR review; and all other files Defense Distributed has and will continue to create that contain technical information, to include design drawings, rendered images, written manufacturing instructions, and other technical information.

This injunction shall remain in force pending the final judgment in this case.

The Court further finds that no bond or other security shall be required of Plaintiffs.

IT IS SO ORDERED.

Dated: _____          _____
                                                      The Hon. Robert Pitman
                                                      United States District Judge