UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Defense Distributed, et al.

-vs-

U.S. Dep't of State, et al.

Case No.: 15-CV-172-RP

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____Alan Gura_____, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent __Plaintiffs Defense Distributed et al__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   _____Gura & Possessky, PLLC_____,

   with offices at

   Mailing address: __105 Oronoco Street, Suite 305__

   City, State, Zip Code: __Alexandria, VA 22314__

   Telephone: __703.835.9085__

   Facsimile: __703.997.7665__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Defense Distributed, et al.**

-vs-

**U.S. Dep't of State, et al.**

Case No.: __15-CV-172-RP__

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __**Alan Gura**__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent __**Plaintiffs Defense Distributed et al**__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

    __**Gura & Possessky, PLLC**__,

    with offices at

    Mailing address: __**105 Oronoco Street, Suite 305**__

    City, State, Zip Code: __**Alexandria, VA 22314**__

    Telephone: __**703.835.9085**__

    Facsimile: __**703.997.7665**__

2. Since __Nov. 4, 2004__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Virginia__. Applicant's bar license number is __68842__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | **California Supreme Court** | **December 1, 1995** |
   | **District of Columbia Ct of Appeals** | **January 6, 1997** |
   | **See attached for federal courts** | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    | | |
    |---|---|
    | Co-counsel: | **William B. Mateja** |
    | Mailing address: | **One Congress Plaza, Suite 810** |
    | City, State, Zip Code: | **Austin, TX 78701** |
    | Telephone: | **512.472.5070** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Alan Gura**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

**Alan Gura**
[printed name of Applicant]

*/s/ Alan Gura*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the **12th** day of **May**, **2015**.

**Alan Gura**
[printed name of Applicant]

*/s/ Alan Gura*
[signature of Applicant]

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Defense Distributed, et al.

-vs-

U.S. Dep't of State, et al.

Case No. 15-CV-172-RP

### O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ____Alan Gura____ ("Applicant"), counsel for ____Plaintiffs Defense____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Plaintiffs Defense Distributed et__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

**BAR ADMISSIONS**

United States Supreme Court					January 10, 2000

State Bars:

    California Supreme Court				December 1, 1995
    District of Columbia Ct. of Appeals			January 6, 1997
    Virginia Supreme Court				November 4, 2004

United States Courts of Appeal:

    District of Columbia Circuit				April 17, 2001
    First Circuit					July 18, 2011		Bar No. 1148005
    Second Circuit					August 9, 2011
    Third Circuit					November 16, 2011
    Fourth Circuit					March 1, 2001
    Fifth Circuit					October 24, 2007
    Sixth Circuit					May 14, 2007
    Seventh Circuit					December 19, 2008
    Ninth Circuit					November 6, 1997
    Tenth Circuit					January 23, 2012
    Eleventh Circuit					June 14, 2001
    Federal Circuit					May 17, 2007

United States District Courts:

    Central District of California			March 1, 1996
    Southern District of California			October 9, 1997
    Northern District of California			November 26, 1997
    Eastern District of California			October 24, 2000
    District of Columbia				March 1, 1999
    Eastern District of Virginia				December 9, 2005
    Western District of Michigan			January 31, 2011
    Western District of New York			June 3, 2011