IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | §§ | Case No. 15-CV-372-RP |
| U.S. DEPARTMENT OF STATE, et al., | § § § | |
| Defendants. | § § | |

**CERTIFICATE OF SERVICE**

I certify that on May 11, 2015, I served via e-mail Mr. Eric Soskin of the U.S. Department of Justice's Civil Division, Federal Programs Branch, with the electronically filed pleadings, motions, and documents listed below which were previously filed in this case. I understand from speaking with Mr. Soskin that he has been assigned the representation of all defendants sued in their governmental capacities. I also understood from Mr. Soskin that should DOJ represent those remaining defendants sued in their individual capacities, which decision has not yet been made, that AUSA Zachary Richter of the U.S. Attorney's Office for the Western District of Texas will represent such individuals. Accordingly, I served via e-mail Mr. Soskin and AUSA Richter with the same electronically filed pleadings, motions, and documents:

D1 – Complaint;

D6 – Summons Issued (11 Summons);

D7 – Plaintiffs' Motion for Preliminary Injunction, and Proposed Order;

D8 – Memo of Points and Authorities in Support of Plaintiffs' Motion for Preliminary

Injunction, and corresponding Appendix; and

D9 – Unopposed Motion for Leave to Exceed Page Limits in Support of Plaintiffs' Motion for Preliminary Injunction, and Proposed Order.

| | |
|---|---|
| Dated: May 12, 2015 | Respectfully submitted, |
| GURA & POSSESSKY, PLLC | FISH & RICHARDSON P.C. |
| Alan Gura | */s/ William B. Mateja* |
| Virginia Bar No. 68842* | William T. "Tommy" Jacks |
| Gura & Possessky, PLLC | Texas State Bar No. 10452000 |
| 105 Oronoco Street, Suite 305 | William B. Mateja |
| Alexandria, Virginia 22314 | Texas State Bar No. 13185350 |
| 703.835.9085 / Fax 703.997.7665 | David S. Morris |
| alan@gurapossessky.com | Texas State Bar No. 24032877 |
| | FISH & RICHARDSON P.C. |
| Matthew Goldstein | One Congress Plaza, Suite 810 |
| D.C. Bar No. 975000* | 111 Congress Avenue |
| Matthew A. Goldstein, PLLC | Austin, Texas 78701 |
| 1012 14th Street NW, Suite 620 | (512) 472-5070 (Telephone) |
| Washington, DC 20005 | (512) 320-8935 (Facsimile) |
| 202.550.0040/Fax 202.683.6679 | jacks@fr.com |
| matthew@goldsteinpllc.com | dmorris@fr.com |
| | mateja@fr.com |

Josh Blackman
Virginia Bar No. 78292*
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

*Admission pro hac vice pending