IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>        Plaintiffs,<br>    v.<br><br>U.S. DEPARTMENT OF STATE, et al.<br><br>        Defendants. | Case No. 15-CV-372-RP |

**MOTION FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Matthew A. Goldstein, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff Defense Distributed in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and principal counsel of the law firm Matthew A. Goldstein, PLLC, with offices at:

> 1012 14th Street NW, Suite 620
> Washington, D.C. 20005
> (202) 550-0040  (Telephone)
> (202) 683-6679  (Facsimile)

2.    Since May 2003, Applicant has been and presently is a member of and in good standing with the Bar of the State of Arizona.  Applicant's State of Arizona bar license number is 022171.

3. Since July 7, 2007, Applicant has been and presently is a member of and in good standing with the Bar of the District of Columbia. Applicant's District of Columbia bar license number is D.C. Bar No. 975000.

4. Applicant has been admitted to practice before the following courts:

| COURT | ADMISSION DATE |
|---|---|
| United States Supreme Court | April 16, 2007 |
| Ninth Circuit Court of Appeals | March 20, 2006 |
| United States Court of International Trade | July 26, 2006 |
| United Stated District Court for the District of Columbia | January 5, 2015 |
| United Stated District Court for the District of Arizona | July 9, 2003 |
| District of Columbia Court of Appeals | July 6, 2007 |
| State of Arizona Supreme Court | May 23, 2003 |

5. Applicant is presently a member in good standing of the bars of the courts listed above.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

Arrested in 1989 (age 18) and charged with Felony Assault / reduced to Misdemeanor Assault and DISMISSED November 15, 2002, City Court of New Rochelle, New York.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant has the following co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas:

>William B. Mateja, Texas State Bar No. 13185350
>FISH & RICHARDSON P.C.
>One Congress Plaza, Suite 810
>111 Congress Avenue
>Austin, Texas 78701
>(512) 472-5070 (Telephone)
>(512) 320-8935 (Facsimile)

10. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(1)

11. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Matthew A. Goldstein to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

May 13, 2015
_____
   Date

_____
Matthew A. Goldstein  (D.C. Bar No. 975000)
1012 14th Street NW, Suite 620
Washington, D.C. 20005
Tel:  (202) 550-0040