AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00372-RP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **GLENN SMITH**
was received by me on *(date)* **May 14, 2015**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Krystal Board**, who is designated by law to accept service of process on behalf of *(name of organization)* **GLENN SMITH, in his official capacity as Senior Advisor** on *(date)* **May 14, 2015** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0** .

I declare under penalty of perjury that this information is true.

Date: **May 15, 2015**

*Server's signature*

Matthew A. Goldstein, Counsel for Plaintiff
*Printed name and title*

Matthew A. Goldstein, PLLC
1012 14th Street NW, Suite 620
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Copy of Summons (Document 6) with copy of Complaint (Document 1) hand-delivered by Plaintiff's counsel to Krystal Board, employee of Department of State authorized to accept service. Service was made inside lobby of Department of State building located at 600 19th Street NW, Washington, D.C., on May 14, 2015 at approximately 11:30 am.