IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DEFENSE DISTRIBUTED, ET AL., §
§
Plaintiffs, §
§
V. § 1-15-CV-372  RP
§
UNITED STATES DEPARTMENT OF §
STATE, ET AL., §
§
Defendants. §

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injunction, filed May 11, 2015 (Clerk's Dkt. #7) and Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction, filed May 11, 2015 (Clerk's Dkt. #8).

Having reviewed the pleadings in this case, the Court finds an oral hearing on the motion is warranted.  Accordingly, the Court directs counsel for the parties to appear on **Monday, July 6, 2015 at 9:30 a.m.** in Courtroom Four, United States Courthouse, 501 West Fifth Street, Austin, Texas 78701 for an oral hearing.  Counsel for Plaintiffs is charged with providing proper notice to defendants by serving this order on defendants or counsel acting on their behalf.

**SIGNED** on May 15, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE