UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15-cv-372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

The parties in this suit respectfully and jointly move this Court to modify the briefing schedule related to Plaintiffs' motion for a preliminary injunction.

1. On May 11, 2015, Plaintiffs filed their motion for a preliminary injunction with an accompanying memorandum (ECF Nos. 7-8).

2. Under Local Rule CV-7(e)(2), any response in opposition to nondispositive motions filed on May 11, 2015, would be due on May 18, 2015. Under Local Rule CV-7(f)(2), any reply to such response would be due on May 25, 2015.

3. On May 15, 2015, the Court directed that counsel for the parties appear on July 6, 2015, for an oral hearing on Plaintiffs' motion for a preliminary injunction (ECF No. 21).

4. Counsel for the parties have conferred regarding the briefing schedule related to Plaintiffs' motion for a preliminary injunction. The parties propose the following changes to the schedule.

5. The parties propose that Defendants' response in opposition to Plaintiffs' motion be due no later than June 10, 2015. Further, the parties propose that Defendants be granted leave to exceed the page limits established by Local Rule CV-7(e)(3) and file a response that is at most

30 pages in length, exclusive of the caption, signature block, any certificate, and accompanying documents.

6. The parties propose that Plaintiffs' reply to Defendants' response in opposition be due no later than June 24, 2015.

7. Defendants acknowledge that this briefing schedule is, in part, made as an accommodation to Defendants' request for additional time and is not relevant to the question of the probability of irreparable harm.

Therefore, the Parties respectfully move this Court to modify the briefing schedule related to Plaintiffs' motion for a preliminary injunction.

Counsel for Plaintiffs have authorized counsel for Defendants to file this report on behalf of all parties.

Dated: May 18, 2015                           Respectfully submitted,

RICHARD L. DURBIN, JR.                        BENJAMIN C. MIZER
United States Attorney                        Principal Deputy Assistant Attorney General
Western District of Texas                     Civil Division

ZACHARY C. RICHTER                            ANTHONY J. COPPOLINO
Assistant United States Attorney              Deputy Branch Director
Western District of Texas                     Federal Programs Branch

                                          /s/Stuart J. Robinson
                                          STUART J. ROBINSON
                                          California Bar No. 267183
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., NW
                                          Washington, DC 20530
                                          Phone: (202) 514-9239; Fax: (202) 616-8460
                                          Email: stuart.j.robinson@usdoj.gov

                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on May 18, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

      Alan Gura, alan@gurapossessky.com
      William B. Mateja, mateja@fr.com
      William T. "Tommy" Jacks, jacks@fr.com
      David S. Morris, dmorris@fr.com
      Matthew Goldstein, matthew@goldsteinpllc.com
      Josh Blackman, joshblackman@gmail.com
      *Attorneys for Plaintiffs*

                                              */s/ Stuart J. Robinson*
                                              STUART J. ROBINSON
                                              Trial Attorney