UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15-cv-372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

**[PROPOSED] ORDER**

    The parties in this suit respectfully and jointly move this Court to modify the briefing schedule related to Plaintiffs' motion for a preliminary injunction (ECF Nos. 7-8). Having considered the motion, the pleadings, and the submissions of the parties, the Court is of the opinion that the motion should be granted. It is, therefore,

    ORDERED that Defendants shall file any response in opposition to Plaintiffs' motion for a preliminary injunction on or before June 10, 2015. Defendants are further granted leave to file a response that is at most 30 pages in length, exclusive of the caption, signature block, any certificate, and accompanying documents. It is further

    ORDERED that Plaintiffs shall file any reply to Defendants' response in opposition on or before June 24, 2015.

    SIGNED this _____ day of May, 2015.

 

                                                            HON. ROBERT L. PITMAN
                                                             UNITED STATES DISTRICT JUDGE