UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al.,  Plaintiffs, | § § § | |
| v. | § | No. 1:15-cv-372-RP |
| U.S. DEPARTMENT OF STATE, et al.,  Defendants. | § § § § | |

## NOTICE OF APPEARANCE

Stuart J. Robinson, Trial Attorney, U.S. Department of Justice, enters his appearance on behalf of the U.S. Department of State; John F. Kerry in his official capacity as Secretary of State; Directorate of Defense Trade Controls, Bureau of Political Military Affairs, Department of State; Kenneth B. Handelman in his official capacity as Deputy Assistant Secretary, Defense Trade Controls, Bureau of Political Military Affairs, Department of State; C. Edward Peartree in his official capacity as Director, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State; Sarah J. Heidema in her official capacity as Division Chief, Regulatory and Multilateral Affairs, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State; and Glenn Smith in his official capacity as Senior Advisor, Office of Defense Trade Controls, Bureau of Political Military Affairs, Department of State.

Dated: May 19, 2015                           Respectfully submitted,

RICHARD L. DURBIN, JR.                         BENJAMIN C. MIZER
United States Attorney                         Principal Deputy Assistant Attorney General
Western District of Texas                      Civil Division

ZACHARY C. RICHTER                             ANTHONY J. COPPOLINO
Assistant United States Attorney               Deputy Branch Director
Western District of Texas                      Federal Programs Branch

/s/Stuart J. Robinson
STUART J. ROBINSON
California Bar No. 267183
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Phone: (202) 514-9239; Fax: (202) 616-8460
Email: stuart.j.robinson@usdoj.gov

*Attorneys for Defendants*

**Notice of Appearance**                              2

**CERTIFICATE OF SERVICE**

      I certify that on May 19, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

      Alan Gura, alan@gurapossessky.com
      William B. Mateja, mateja@fr.com
      William T. "Tommy" Jacks, jacks@fr.com
      David S. Morris, dmorris@fr.com
      Matthew Goldstein, matthew@goldsteinpllc.com
      Josh Blackman, joshblackman@gmail.com
      *Attorneys for Plaintiffs*

      */s/ Stuart J. Robinson*
      STUART J. ROBINSON
      Trial Attorney

**Notice of Appearance**      3