United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Robinson, Stuart Justin |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, May 19, 2015 |
| Re: | 01:15-CV-00372-RP / Doc # 23 / Filed On: 05/19/2015 09:26 AM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Certificate of service reflects service of document via CM/ECF. Not all parties to this case are registered to receive electronic notification. Please submit a new Certificate of Service ONLY stating the alternate means of service to parties who did not receive service by electronic means. Certificate of service should include case style, case number and proper heading.