UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15-cv-372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

**CORRECTED CERTIFICATE OF SERVICE**

    I certify that on May 19, 2015, I mailed this document by United States Postal Service to the following non-CM/ECF participants:

Josh Blackman
1303 San Jacinto Street
Houston, TX 77002

Alan Gura
Gura & Possessky, PLLC
105 Oronoco Street
Suite 305
Alexandria, VA 22314

Matthew A. Goldstein
Matthew A. Goldstein PLLC
1012 14th Street NW
Suite 620
Washington, DC 20005

                                                     */s/ Stuart J. Robinson*
                                                     STUART J. ROBINSON
                                                     Trial Attorney