IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and | § | Case No. 15-CV-372-RP |
| SECOND AMENDMENT FOUNDATION, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

NOTICE OF SUPPLEMENTAL AUTHORITY

On May 18, 2015, the United States District Court for the District of Columbia decided *Wrenn* v. *District of Columbia*, No. 1:15-CV-162-FJS, ___ F. Supp. 3d ___, 2015 U.S. Dist. LEXIS 71383, 2015 WL 3477748 (D.D.C. May 18, 2015). In *Wrenn*, the court enjoined a Washington, D.C. law requiring that individuals prove a "good" or "proper" "reason" in order to obtain a permit to carry a handgun for self-defense. After finding that the plaintiffs were likely to succeed on the merits of their Second Amendment claim, the court followed *Ezell* v. *City of Chicago*, 651 F.3d 684 (7th Cir. 2011) in holding that plaintiffs' harm, a loss of Second Amendment rights, was irreparable. *Wrenn*, 2015 U.S Dist. LEXIS 71383, at \*25-\*27, 2015 WL 3477748, at \*9.

Dated:  June 5, 2015

GURA & POSSESSKY, PLLC

/s/ Alan Gura
Alan Gura
Virginia Bar No. 68842*
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, Virginia 22314
703.835.9085 / Fax 703.997.7665
alan@gurapossessky.com

Matthew Goldstein
D.C. Bar No. 975000*
Matthew A. Goldstein, PLLC
1012 14th Street NW, Suite 620
Washington, DC 20005
202.550.0040/Fax 202.683.6679
matthew@goldsteinpllc.com



Josh Blackman
Virginia Bar No. 78292**
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

*Admitted pro hac vice
**Admission to W.D. Tex. Bar pending

Respectfully submitted,

FISH & RICHARDSON P.C.

/s/ William B. Mateja
William T. "Tommy" Jacks
Texas State Bar No. 10452000
William B. Mateja
Texas State Bar No. 13185350
David S. Morris
Texas State Bar No. 24032877
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, Texas 78701
(512) 472-5070 (Telephone)
(512) 320-8935 (Facsimile)
jacks@fr.com
dmorris@fr.com
mateja@fr.com

<u>Certificate of Service</u>

On June 5, 2015, I electronically submitted the foregoing document with the clerk

of court for the U.S. District Court, Western District of Texas, using the electronic case filing

system of the court. I hereby certify that I have thus served all parties electronically.


/s/ Alan Gura
Alan Gura