IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 15-CV-372-RP |

NOTICE RE: COMMODITY JURISDICTION RULINGS

On June 4, 2015, nearly two years after Plaintiff Defense Distributed submitted its ten commodity jurisdiction requests, Defendants finally responded to the pending requests. *See* Exhibit A. Defendants' response consists of a two-page document that, among other things, claims that the following files published by Defense Distributed constitute ITAR-controlled technical data described at U.S. Munitions List Category I(I):

- The Liberator Pistol Data file

- The .22 Electric Data file

- The 5.56/.223 Muzzle Brake Data file

- The Springfield XD-40 Tactical Slide Assembly Data file

- The 12 Gauge to .22 CB Sub-Caliber insert Data file

- The VZ-58 Front Sight Data file

Dated: June 8, 2015                                      Respectfully submitted,

GURA & POSSESSKY, PLLC                                   FISH & RICHARDSON P.C.

*/s/ Alan Gura*                                          */s/ William B. Mateja*
Alan Gura                                                William T. "Tommy" Jacks
Virginia Bar No. 68842*                                  Texas State Bar No. 10452000
Gura & Possessky, PLLC                                   William B. Mateja
105 Oronoco Street, Suite 305                            Texas State Bar No. 13185350
Alexandria, Virginia 22314                               David S. Morris
703.835.9085 / Fax 703.997.7665                          Texas State Bar No. 24032877
alan@gurapossessky.com                                   FISH & RICHARDSON P.C.
                                                         One Congress Plaza, Suite 810
*/s/ Matthew Goldstein*                                  111 Congress Avenue
Matthew Goldstein                                        Austin, Texas 78701
D.C. Bar No. 975000*                                     (512) 472-5070 (Telephone)
Matthew A. Goldstein, PLLC                               (512) 320-8935 (Facsimile)
1012 14th Street NW, Suite 620                           jacks@fr.com
Washington, DC 20005                                     dmorris@fr.com
202.550.0040/Fax 202.683.6679                            mateja@fr.com
matthew@goldsteinpllc.com

Josh Blackman
Virginia Bar No. 78292**
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

*Admitted pro hac vice
**Admission to W.D. Tex. Bar pending

2

Certificate of Service

On June 8, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have thus served all parties electronically.

/s/ Matthew Goldstein
Matthew Goldstein

# EXHIBIT A



**United States Department of State**

Bureau of Political-Military Affairs
Directorate of Defense Trade Controls

Washington, D.C. 20522-0112

In Reply refer to
DDTC Cases CJ 651-13 through 660-13

JUN 0 4 2015

YOUR SUBMISSION DATED: June 21, 2013

COMMODITY JURISDICTION DETERMINATIONS FOR: **Liberator Pistol Data Files, .22 Electric Data Files, 125 mm BK-14M High Explosive Anti-Tank Warhead Model Data File, 5.56/.223 Muzzle Brake Data Files, Springfield XD-40 Tactical Slide Assembly Data Files, Sound Moderator - Slip On Data File, "The Dirty Diane" Oil Filter Silencer Adapter Data File, 12 Gauge to .22 CB Sub-Caliber Insert Data Files, Voltlock Electronic Black Powder System Data Files, and VZ-58 Front Sight Data Files**

The data described in your submission are Computer Aided Design (CAD) data files that can be used in a 3D printer to produce physical models of the associated item.

A technical review of your commodity jurisdiction (CJ) request has been concluded by requisite agencies of the United States Government. The findings of that technical review are:

The Department of State has determined that the **125 mm BK-14M High Explosive Anti-Tank Warhead Model Data File, Sound Moderator - Slip On Data File, and "The Dirty Diane" Oil Filter Silencer Adapter Data File are not subject to the jurisdiction of the Department of State.** The Department of Commerce (DOC) advises that these items are classified as EAR99. Please consult the DOC Office of Exporter Services at (202) 482-4811 to satisfy applicable requirements prior to export.

The Department of State has determined that the **Voltlock Electronic Black Powder System Data Files are not subject to the jurisdiction of the**

Continued on Page Two

Cody R. Wilson
Defense Distributed
711 W. 32nd Street, Apt. 115
Austin, TX 78705
crw@defdist.org

In Reply refer to
DDTC Cases CJ 651-13 through 660-13

**Department of State.** However, export may require authorization from the Department of Commerce (DOC). Please consult the DOC Office of Exporter Services at (202) 482-4811 to make a Classification Request (CCATS) and satisfy other applicable requirements prior to export.

The Department of State has determined that the **Liberator Pistol Data Files, .22 Electric Data Files, 5.56/.223 Muzzle Brake Data Files, Springfield XD-40 Tactical Slide Assembly Data Files, 12 Gauge to .22 CB Sub-Caliber Insert Data Files (except for "read me" text file), and VZ-58 Front Sight Data Files are subject to the jurisdiction of the Department of State in accordance with the International Traffic in Arms Regulations (ITAR) (22 CFR 120 through 130).** They are designated as technical data under Category I(i) of the United States Munitions List (USML) pursuant to §120.10 of the ITAR. A license or other approval is required pursuant to the ITAR prior to any export or temporary import.

Should you not concur with this determination and have additional facts not included in the original submission, you may submit a new CJ request. If you do not concur with this determination and have no additional facts to present, then you may request that this determination be reviewed by the Deputy Assistant Secretary of State for Defense Trade Controls.

Should you require further assistance on this matter, please contact Sam Harmon at (202) 663-2811 or HarmonSC@state.gov.

Sincerely,

C. Edward Peartree
Director
Office of Defense Trade Controls Policy

Cc: Matthew A. Goldstein
1012 14th Street, NW, Suite 620
Washington, DC 20005
matthew@goldsteinpllc.com