UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15-cv-372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Eric J. Soskin, Senior Counsel, U.S. Department of Justice, 20 Massachusetts Ave. NW, Washington DC, hereby enters his appearance on behalf of the official-capacity Defendants in this action, including the U.S. government agencies named as Defendants. He will therefore represent the following seven Defendants:

- *John F. Kerry in his official capacity* as Secretary of State;

- *Kenneth B. Handelman in his official capacity* as Deputy Assistant Secretary, Defense Trade Controls, Bureau of Political Military Affairs, Department of State;

- *C. Edward Peartree in his official capacity* as Director, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State;

- *Sarah J. Heidema in her official capacity* as Division Chief, Regulatory and Multilateral Affairs, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State;

- *Glenn Smith in his official capacity* as Senior Advisor, Office of Defense Trade Controls, Bureau of Political Military Affairs, Department of State;

- The *United States Department of State*; and

- The *Directorate of Defense Trade Controls*, Bureau of Political Military Affairs, U.S. Department of State.

Dated: June 9, 2015

RICHARD L. DURBIN, JR.
Acting United States Attorney
Western District of Texas

ZACHARY C. RICHTER
Assistant United States Attorney
Western District of Texas

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Eric J. Soskin*
ERIC J. SOSKIN
Pennsylvania Bar No. 200663
STUART J. ROBINSON
California Bar No. 267183
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7116
Washington, DC 20530
Phone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov

*Attorneys for Official-Capacity Defendants*

**Notice of Appearance**              2

**CERTIFICATE OF SERVICE**

  I certify that on June 9, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

  Alan Gura, alan@gurapossessky.com
  William B. Mateja, mateja@fr.com
  William T. "Tommy" Jacks, jacks@fr.com
  David S. Morris, dmorris@fr.com
  Matthew Goldstein, matthew@goldsteinpllc.com
  *Attorneys for Plaintiffs*

  In addition, I have dispatched this document using the United States Postal Service to the following, who is not listed as a CM/ECF participant:

  Josh Blackman
  1303 San Jacinto Street
  Houston, TX 77002


            */s/ Eric J. Soskin*
            ERIC J. SOSKIN
            Trial Attorney