IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO.:  1:15-cv-372-RP |
| | § § | |
| U.S. DEPARTMENT OF STATE, et al., | § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION FOR LEAVE FOR COUNSEL
TO APPEAR TELEPHONICALLY AT PRELIMINARY INJUNCTION HEARING**

Plaintiffs, Defense Distributed and Second Amendment Foundation, Inc. ("Plaintiffs"), respectfully move the Court to permit the telephonic appearance of attorney William Thomas "Tommy" Jacks at the preliminary injunction hearing scheduled for July 6, 2015.

On May 6, 2015, Plaintiffs filed their Original Complaint against U.S. Department of State; John F. Kerry, in his official capacity as Secretary of State; Directorate of Defense Trade Controls, Department of State Bureau of Political Military Affairs; Kenneth B. Handelman, individually and in his official capacity as Deputy Assistant Secretary, Defense Trade Controls, Bureau of Political Military Affairs, Department of State; C. Edward Peartree, individually and in his official capacity as Director, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State; Sarah J. Heidema, individually and in her official capacity as Division Chief, Regulatory and Multilateral Affairs, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State; and Glenn Smith, individually and in his official capacity as Senior Advisor, Office of Defense Trade Controls, Bureau of Political Military Affairs, Department of State (collectively, "Defendants").

1

On May 11, 2015, Plaintiffs filed their Application for Preliminary Injunction and Brief in Support Thereof.

On May 15, 2015, the parties' counsel conferred with the Court and agreed to set the hearing for preliminary injunction for 9:30 a.m. on Monday, July 6, 2015.

Mr. Jacks, a member of Plaintiffs' counsel team, will be out of the country on a family vacation on that date but would like to appear telephonically, for purposes of argument only. Mr. Jacks does not seek to participate in witness examination or cross-examination, and will rely on his co-counsel to perform such functions and take the lead in presenting Plaintiffs' case for the requested injunction.

Counsel for Plaintiffs have conferred with counsel for Defendants, who are unopposed to Mr. Jacks appearing telephonically in the fashion described herein.

Therefore, Plaintiffs respectfully move this Court to permit William Thomas "Tommy" Jacks to appear telephonically at the preliminary injunction hearing scheduled for July 6, 2015.

Dated: June 17, 2015                                   Respectfully submitted,


GURA & POSSESSKY, PLLC                                 FISH & RICHARDSON P.C.

Alan Gura                                             */s/ William B. Mateja*
(Admitted *Pro Hac Vice)*                             William T. "Tommy" Jacks
Virginia Bar No. 68842                                Texas State Bar No. 10452000
Gura & Possessky, PLLC                                William B. Mateja
105 Oronoco Street, Suite 305                         Texas State Bar No. 13185350
Alexandria, Virginia 22314                            David S. Morris
703.835.9085 / Fax 703.997.7665                       Texas State Bar No. 24032877
alan@gurapossessky.com                                FISH & RICHARDSON P.C.
                                                      One Congress Plaza, Suite 810
Matthew Goldstein                                     111 Congress Avenue
(Admitted *Pro Hac Vice*)                             Austin, Texas 78701
D.C. Bar No. 975000                                   (512) 472-5070 (Telephone)
Matthew A. Goldstein, PLLC                            (512) 320-8935 (Facsimile)
1012 14th Street NW, Suite 620                        jacks@fr.com
Washington, DC 20005                                  mateja@fr.com
202.550.0040/Fax 202.683.6679                         dmorris@fr.com
matthew@goldsteinpllc.com


Josh Blackman
(*Pro Hac Vice* pending)
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com                                *Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 17, 2015, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Any and all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail and/or electronic mail on June 17, 2015.

*/s/ William B. Mateja*
William B. Mateja