UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED, et al., § | |
|     Plaintiffs, § | |
| § | |
| v. § | No. 1:15cv372-RP |
| § | |
| U.S. DEPARTMENT OF STATE, et al., § | |
|     Defendants. § | |

## NOTICE OF APPEARANCE

Assistant United States Attorney Zachary C. Richter will appear on behalf of the following Individual Defendants in this matter:

    Kenneth B. Handelman, in his individual capacity;

    C. Edward Peartree, in his individual capacity;

    Sarah J. Heidema, in her individual capacity; and

    Glenn Smith, in his individual capacity.

Mr. Richter will also continue to serve as local counsel for the Official-Capacity Defendants represented by Department of Justice Trial Attorneys Eric J. Soskin and Stuart J. Robinson.

                      Respectfully submitted,

                      RICHARD L. DURBIN, JR.
                      Acting United States Attorney

By:    */s/ Zachary C. Richter*
        ZACHARY C. RICHTER
        Assistant United States Attorney
        Texas Bar No. 24041773
        816 Congress Avenue, Suite 1000
        Austin, Texas 78701
        (512) 916-5858 (phone)
        (512) 916-5854 (fax)
        Zachary.C.Richter@usdoj.gov

        *Attorneys for Individual Defendants*
        *Kenneth Handleman, C. Edward Peartree,*
        *Sarah J. Heidema & Glenn Smith*

## CERTIFICATE OF SERVICE

I certify that on June 22, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

>Alan Gura, alan@gurapossessky.com
>William B. Mateja, mateja@fr.com
>William T. "Tommy" Jacks, jacks@fr.com
>David S. Morris, dmorris@fr.com
>Matthew Goldstein, matthew@goldsteinpllc.com
>*Attorneys for Plaintiffs*

and I certify that I have mailed this document by United States Postal Service to the following, who is not listed as a CM/ECF participant:

>Josh Blackman
>1303 San Jacinto Street
>Houston, TX 77002
>*Attorney for Plaintiffs*

>*/s/ Zachary C. Richter*
>ZACHARY RICHTER
>Assistant United States Attorney