# EXHIBIT 1

# FILED UNDER SEAL

## SUPPLEMENTAL DECLARATION OF CODY WILSON