IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO.: 1:15-cv-372-RP |
| U.S. DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Josh Blackman, 1303 San Jacinto Street, Houston, Texas 77002, hereby enters his appearance as counsel in this action for Plaintiffs, Defense Distributed and Second Amendment Foundation, Inc. ("Plaintiffs").

Dated: July 7, 2015                                        Respectfully submitted,

                                                                        */s/ Josh Blackman*
                                                                        Josh Blackman
                                                                        Virginia Bar No. 78292
                                                                        1303 San Jacinto Street
                                                                        Houston, Texas 77002
                                                                        202.294.9003 / Fax: 713.646.1766

| GURA & POSSESSKY, PLLC | FISH & RICHARDSON P.C. |
|---|---|
| Alan Gura | William T. "Tommy" Jacks |
| (Admitted *Pro Hac Vice)* | Texas State Bar No. 10452000 |
| Virginia Bar No. 68842 | William B. Mateja |
| Gura & Possessky, PLLC | Texas State Bar No. 13185350 |
| 105 Oronoco Street, Suite 305 | David S. Morris |
| Alexandria, Virginia 22314 | Texas State Bar No. 24032877 |
| 703.835.9085 / Fax 703.997.7665 | One Congress Plaza, Suite 810 |
| alan@gurapossessky.com | 111 Congress Avenue |
| | Austin, Texas 78701 |

| | |
|---|---|
| Matthew Goldstein | (512) 472-5070 (Telephone) |
| (Admitted *Pro Hac Vice*) | (512) 320-8935 (Facsimile) |
| D.C. Bar No. 975000 | jacks@fr.com |
| Matthew A. Goldstein, PLLC | mateja@fr.com |
| 1012 14th Street NW, Suite 620 | dmorris@fr.com |
| Washington, DC 20005 | |
| 202.550.0040 / Fax 202.683.6679 | |
| matthew@goldsteinpllc.com | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on July 7, 2015, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Any and all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail and/or electronic mail on July 7, 2015.

                                                   */s/ Josh Blackman*
                                                 Josh Blackman