UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and | § | |
| SECOND AMENDMENT FOUNDATION, INC., | § | |
|     Plaintiffs, | § | |
| | § | No. 1:15cv372-RP |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF STATE; JOHN F. KERRY, in his | § | |
| official capacity as Secretary of State; DIRECTORATE OF | § | |
| DEFENSE TRADE CONTROLS, Department of State | § | |
| Bureau of Political Military Affairs; ANTHONY M. | § | |
| DEARTH, in his official capacity as Acting Deputy Assistant | § | |
| Secretary, Defense Trade Controls, Bureau of Political | § | |
| Military Affairs[*]; KENNETH B. HANDELMAN, | § | |
| individually; C. EDWARD PEARTREE, individually and in | § | |
| his official capacity as Director, Office of Defense Trade | § | |
| Controls Policy, Bureau of Political Military Affairs, | § | |
| Department of State; SARAH J. HEIDEMA, individually and | § | |
| in her official capacity as Division Chief, Regulatory and | § | |
| Multilateral Affairs, Office of Defense Trade Controls Policy, | § | |
| Bureau of Political Military Affairs, Department of State; and | § | |
| GLENN SMITH, individually and in his official capacity as | § | |
| Senior Advisor, Office of Defense Trade Controls, Bureau of | § | |
| Political Military Affairs, Department of State, | § | |
|     Defendants. | § | |

**INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMIT**

    The individual defendants in this action — Kenneth Handelman, Edward Peartree, Sarah

Heidema, and Glenn Smith — respectfully move this Court under Local Rule CV-7(d)(3) for

leave to file a motion to dismiss of 23 pages.

    1.    Unless otherwise authorized by the Court, a dispositive motion such as a motion

to dismiss is limited to 20 pages, exclusive of the caption, signature block, any certificate, and

accompanying documents. *See* LR CV-7(c), (d)(3).

---

[*] Kenneth Handelman has moved from his former position as Deputy Assistant Secretary for
Defense Trade Controls to a position with another federal agency. Therefore, his successor,
Acting Deputy Assistant Secretary Anthony M. Dearth, has been automatically substituted as a
defendant on all claims against Mr. Handelman in his official capacity. *See* Fed. R. Civ. P. 25(d).

2.       To adequately present their arguments for dismissal, the individual defendants seek an extension of this limit by 3 pages, for a total of 23 pages, exclusive of caption, signature block and certificate.

3.       Counsel for the parties have conferred by phone, and no party opposes this motion.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

By:      */s/ Zachary C. Richter*
ZACHARY C. RICHTER
Assistant United States Attorney
Texas Bar No. 24041773
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)
Zachary.C.Richter@usdoj.gov

*Attorneys for Individual Defendants*
*Kenneth Handelman, C. Edward Peartree,*
*Sarah J. Heidema & Glenn Smith*

## CERTIFICATE OF SERVICE

I certify that on August 13, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

Alan Gura, alan@gurapossessky.com
William B. Mateja, mateja@fr.com
William T. "Tommy" Jacks, jacks@fr.com
David S. Morris, dmorris@fr.com
Matthew Goldstein, matthew@goldsteinpllc.com
Josh Blackman, joshblackman@gmail.com
*Attorneys for Plaintiffs*

Eric J. Soskin, eric.soskin@usdoj.gov
Stuart J. Robinson, stuart.j.robinson@usdoj.gov
*Attorneys for U.S. State Department, Directorate of Defense Trade Controls & Official-Capacity Defendants*


*/s/ Zachary C. Richter*
ZACHARY RICHTER
Assistant United States Attorney