UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15cv372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

## ORDER

Defendants Kenneth Handelman,[*] Edward Peartree, Sarah Heidema, and Glenn Smith

have moved this Court for leave to file a motion to dismiss that exceeds the default page limit for

a dispositive motion. For good cause shown, this Court GRANTS the motion for leave to exceed

the default page limit. The Clerk of Court shall detach and file the motion to dismiss, which shall

be deemed filed on the date the motion for leave to exceed the page limit was filed.

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE

---

[*] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Deputy Assistant Secretary Anthony
M. Dearth has been automatically substituted as a defendant on all claims against Defendant
Kenneth Handelman in his official capacity.