IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants.<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 15-CV-372-RP |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's order entered August 5, 2015, denying their motion for a preliminary injunction [ECF 43].

Dated: August 13, 2015                      Respectfully submitted,

GURA & POSSESSKY, PLLC                      FISH & RICHARDSON P.C.

/s/ Alan Gura                                /s/ William B. Mateja
Alan Gura                                    William T. "Tommy" Jacks
Virginia Bar No. 68842*                      Texas State Bar No. 10452000
Gura & Possessky, PLLC                       William B. Mateja
105 Oronoco Street, Suite 305                Texas State Bar No. 13185350
Alexandria, Virginia 22314                   David S. Morris
703.835.9085 / Fax 703.997.7665              Texas State Bar No. 24032877
alan@gurapossessky.com                       FISH & RICHARDSON P.C.
                                             One Congress Plaza, Suite 810
Matthew Goldstein                            111 Congress Avenue
D.C. Bar No. 975000*                         Austin, Texas 78701
Matthew A. Goldstein, PLLC                   (512) 472-5070 (Telephone)
1012 14th Street NW, Suite 620               (512) 320-8935 (Facsimile)
Washington, DC 20005                         jacks@fr.com
202.550.0040/Fax 202.683.6679                dmorris@fr.com
matthew@goldsteinpllc.com                    mateja@fr.com

Josh Blackman
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

*Admitted pro hac vice

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 13, 2015, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).


/s/ Alan Gura
Alan Gura