IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, ET AL., | § § § | |
| Plaintiffs, | § § | |
| V. | § § | 1-15-CV-372 RP |
| UNITED STATES DEPARTMENT OF STATE, ET AL., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Individual Defendants' Motion to Dismiss, filed August 14, 2015 (Clerk's Dkt. #46). Plaintiffs filed their First Amended Complaint on August 21, 2015. In light of the filing of Plaintiffs' First Amended Complaint,

Individual Defendants' Motion to Dismiss (Clerk's Dkt. #46) is hereby **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on August 24, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE