**FILED**

SEP - 1 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15-cv-372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

## ORDER

Upon consideration of the Unopposed Motion, ECF No. 51, by the U.S. Department of State, the Directorate of Defense Trade Controls, and the official-capacity Defendants (collectively, "U.S. Government Defendants") in this matter, it is HEREBY:

1) ORDERED that the Unopposed Motion is GRANTED;

2) FURTHER ORDERED that the U.S. Government Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint, ECF No. 47, no later than 21 days after a mandate issues from the United States Court of Appeals for the Fifth Circuit on Plaintiffs' pending interlocutory appeal.

SIGNED this _1st_ day of _Sept_, 2015.

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE