UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15cv372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

**OPPOSED MOTION FOR SIX-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

The individual defendants in this action — current and former State Department employees Kenneth Handelman, Edward Peartree, Sarah Heidema, and Glenn Smith — respectfully move under Federal Rules of Civil Procedure 6(b)(1)(A) and 15(a)(3) to extend their time to respond to the Amended Complaint (ECF No. 47) by six days, from September 8, 2015, until September 14, 2015.

1. Plaintiffs served their First Amended Complaint through this Court's electronic case-filing system on August 21, 2015. Under Rules 15(a)(3) and 6(a)(1)(C) and (d), the individual defendants' response is due September 8, 2015, unless this Court orders otherwise.

2. Good cause supports the six-day extension requested, which is necessary to allow (1) adequate time for the individual defendants' counsel to adequately research and present a response to Plaintiffs' revised claims; and (2) adequate time for review within the U.S. Department of Justice.

3. Attorneys for the parties have conferred by electronic mail, and counsel for the individual defendants attempted to contact an attorney for the Plaintiffs by telephone. The U.S. Government Defendants (the U.S. Department of State, the Directorate of Defense Trade Controls, and federal employees sued in their official capacity) do not oppose this motion. Plaintiffs oppose this motion.

                Respectfully submitted,

                RICHARD L. DURBIN, JR.
                United States Attorney

By:    */s/ Zachary C. Richter*
                ZACHARY C. RICHTER
                Assistant United States Attorney
                Texas Bar No. 24041773
                816 Congress Avenue, Suite 1000
                Austin, Texas 78701
                (512) 916-5858 (phone)
                (512) 916-5854 (fax)
                Zachary.C.Richter@usdoj.gov

                *Attorneys for Individual Defendants*
                *Kenneth Handelman, C. Edward Peartree,*
                *Sarah J. Heidema & Glenn Smith*

## CERTIFICATE OF SERVICE

I certify that on September 1, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

Alan Gura, alan@gurapossessky.com
William B. Mateja, mateja@fr.com
William T. "Tommy" Jacks, jacks@fr.com
David S. Morris, dmorris@fr.com
Matthew Goldstein, matthew@goldsteinpllc.com
Josh Blackman, joshblackman@gmail.com
*Attorneys for Plaintiffs*

Eric J. Soskin, eric.soskin@usdoj.gov
Stuart J. Robinson, stuart.j.robinson@usdoj.gov
*Attorneys for U.S. State Department, Directorate of Defense Trade Controls & Official-Capacity Defendants*

　　　　　　　　　　　　　　　　　　　 */s/ Zachary C. Richter*
　　　　　　　　　　　　　　　　　　　 ZACHARY C. RICHTER
　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney