UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15cv372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| Defendants. | § | |

# **ORDER**

The individual defendants in this matter — Kenneth Handelman, Edward Peartree, Sarah Heidema, and Glenn Smith — have moved this Court to extend their time to respond to the Amended Complaint (ECF No. 47) by 6 days, from September 8, 2015, until September 14, 2015. For good cause shown, this Court GRANTS the motion. The individual defendants shall respond to the Amended Complaint on or before September 14, 2015.

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE