IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | § § § § § § § § § § § § | Case No. 15-CV-372-RP |

PROPOSED ORDER

This matter comes before the Court on the Individual Capacity Defendants' Motion for an Extension of Time.

The motion is DENIED.

All proceedings in this case are stayed, and Defendants shall file their response to the First Amended Complaint 21 days following the issuance of the Fifth Circuit's mandate in the currently pending interlocutory appeal.

SO ORDERED.

This the ___ day of September, 2015.

_____
The Hon. Robert Pitman
United States District Judge