

United States Department of Justice

United States Attorney
Western District of Texas

_____

816 Congress Ave., Suite 1000  (512) 916-5858
Austin, Texas 78701  FAX (512) 916-5854

September 9, 2015

**By CM/ECF**
United States District Court
Western District of Texas
Office of the Clerk

      Re:    Vacation Letter
             *Defense Distributed v. U.S. State Department*, No. 1:15cv372-RP (W.D. Tex.)

Ladies and Gentlemen:

    I will be on leave and out of the country from Monday, October 19, through Tuesday, November 3, 2015. I expect to return to the office Wednesday, November 4, 2015.

    I would greatly appreciate the professional courtesy of not scheduling any hearings, deadlines, or other matters in this case during those dates.

                                                          Sincerely,

                                                          */s/ Zachary C. Richter*
                                                          Zachary C. Richter
                                                          Assistant United States Attorney

copy (by CM/ECF):    all counsel