UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15cv372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

**INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMIT**

The individual defendants in this action — Kenneth Handelman, Edward Peartree, Sarah Heidema, and Glenn Smith — respectfully move this Court under Local Rule CV-7(d)(3) for leave to file a motion to dismiss of 25 pages.

1. Unless otherwise authorized by the Court, a dispositive motion such as a motion to dismiss is limited to 20 pages, exclusive of the caption, signature block, any certificate, and accompanying documents. *See* LR CV-7(c), (d)(3).

2. To adequately present their arguments for dismissal, the individual defendants seek an extension of this limit by 5 pages, for a total of 25 pages, exclusive of caption, signature block and certificate.

3. Counsel for the parties have conferred by phone, and no party opposes this motion.

                        Respectfully submitted,

                        RICHARD L. DURBIN, JR.
                        United States Attorney

By:   */s/ Zachary C. Richter*
        ZACHARY C. RICHTER
        Assistant United States Attorney
        Texas Bar No. 24041773
        816 Congress Avenue, Suite 1000
        Austin, Texas 78701
        (512) 916-5858 (phone)
        (512) 916-5854 (fax)
        Zachary.C.Richter@usdoj.gov

        *Attorneys for Individual Defendants*
        *Kenneth Handelman, C. Edward Peartree,*
        *Sarah J. Heidema & Glenn Smith*

## CERTIFICATE OF SERVICE

  I certify that on September 14, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

    Alan Gura, alan@gurapossessky.com
    William B. Mateja, mateja@fr.com
    William T. "Tommy" Jacks, jacks@fr.com
    David S. Morris, dmorris@fr.com
    Matthew Goldstein, matthew@goldsteinpllc.com
    Josh Blackman, joshblackman@gmail.com
    *Attorneys for Plaintiffs*

    Eric J. Soskin, eric.soskin@usdoj.gov
    Stuart J. Robinson, stuart.j.robinson@usdoj.gov
    *Attorneys for U.S. State Department, Directorate of Defense Trade*
    *Controls & Official-Capacity Defendants*

      */s/ Zachary C. Richter*
      ZACHARY C. RICHTER
      Assistant United States Attorney