UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al.,<br>　　　Plaintiffs, | §<br>§<br>§ | |
| v. | § | No. 1:15cv372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al.,<br>　　　Defendants. | §<br>§<br>§ | |

**<u>ORDER</u>**

　　　The individual defendants in this matter — Kenneth Handelman, Edward Peartree, Sarah Heidema, and Glenn Smith — have moved this Court for leave to file a motion to dismiss that exceeds the default page limit for a dispositive motion by five pages. For good cause shown, this Court GRANTS the motion.

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE