# Attachment B

(Exhibit 7 to Plaintiffs' Motion for Preliminary Injunction,
ECF No. 8-2, pp. 27-39)

App. 118

App. 125