UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15cv372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
|     Defendants. | § | |

**INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION TO DISMISS**

The individual defendants in this action — current and former State Department employees Kenneth Handelman, Edward Peartree, Sarah Heidema, and Glenn Smith — respectfully move under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(f) to extend their time to reply in support of their renewed motion to dismiss until November 20, 2015.

1.  The individual defendants have filed a renewed motion to dismiss. (*See* ECF No. 61.) This Court previously extended the time for Plaintiffs to respond to the renewed motion to dismiss until October 16, 2015, in light of their counsel's schedule. *See* Am. Order 1-2 (ECF No. 58).

2.  Counsel for the individual defendants will be away from the office and out of the country from October 19, 2015, through November 3, 2015. Thus, reviewing Plaintiffs' filing and preparing a reply during that period will not be practical. Moreover, once counsel for the individual defendants returns to the office, additional time will be necessary to allow adequate time for the drafting of a reply and pre-filing review within the U.S. Department of Justice. Good cause therefore supports an extension of time until November 20, 2015.

3.  Ordinarily, counsel for the individual defendants would await the filing of a response before seeking additional time for a reply. In light of the absence of counsel described above, however, early consideration of the full briefing schedule is necessary.

4. Attorneys for the parties have conferred by telephone and electronic mail, and no party opposes this motion.

        Respectfully submitted,

        RICHARD L. DURBIN, JR.
        United States Attorney

By:   */s/ Zachary C. Richter*
       ZACHARY C. RICHTER
       Assistant United States Attorney
       Texas Bar No. 24041773
       816 Congress Avenue, Suite 1000
       Austin, Texas 78701
       (512) 916-5858 (phone)
       (512) 916-5854 (fax)
       Zachary.C.Richter@usdoj.gov

*Attorneys for Individual Defendants*
*Kenneth Handelman, C. Edward Peartree,*
*Sarah J. Heidema & Glenn Smith*

## CERTIFICATE OF SERVICE

      I certify that on September 14, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to

            Alan Gura, alan@gurapossessky.com
            William B. Mateja, mateja@fr.com
            William T. "Tommy" Jacks, jacks@fr.com
            David S. Morris, dmorris@fr.com
            Matthew Goldstein, matthew@goldsteinpllc.com
            Josh Blackman, joshblackman@gmail.com
            *Attorneys for Plaintiffs*

            Eric J. Soskin, eric.soskin@usdoj.gov
            Stuart J. Robinson, stuart.j.robinson@usdoj.gov
            *Attorneys for U.S. State Department, Directorate of Defense Trade*
            *Controls & Official-Capacity Defendants*

                                    */s/ Zachary C. Richter*
                                  ZACHARY C. RICHTER
                                  Assistant United States Attorney