UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al.,<br>　　Plaintiffs, | §<br>§<br>§ | |
| v. | § | No. 1:15cv372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al.,<br>　　Defendants. | §<br>§<br>§ | |

## **ORDER**

　　The individual defendants in this matter — Kenneth Handelman, Edward Peartree, Sarah Heidema, and Glenn Smith — have moved this Court to extend their time to reply in support of their recently filed renewed motion to dismiss (ECF No. 61) until November 20, 2015. For good cause shown, this Court GRANTS the motion. The individual defendants shall file any reply in support of their renewed motion to dismiss on or before November 20, 2015.

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE