IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 15-CV-372-RP |

**[PROPOSED] ORDER**

Upon Plaintiffs' Motion for Stay, and for good cause shown, it is hereby ORDERED that further proceedings on this matter are stayed until a full and final decision from the Fifth Circuit Court of Appeals on Plaintiffs' pending appeal of this Court's August 3, 2015 Order. Plaintiffs' response to the Individual Defendants' Motion to Dismiss is due 35 days following the issuance of the Fifth Circuit's mandate in the pending appeal.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE