# EXHIBIT 1

From: **Wallace, Jonathan L** WallaceJL@state.gov
Subject: Transaction 4076_20150102-6597 - CJ 0002-15
Date: January 6, 2015 at 7:22 AM
To: crw@defdist.org, matthew@goldsteinpllc.com
Cc: Colbert, Sherri R ColbertSR2@state.gov, Wallace, Jonathan L WallaceJL@state.gov



We received your electronic submission **4076_20150102-6597** on 1/2/15.

It has been given a DDTC CJ Case Number **CJ 0002-15** and staffed out for coordination and review.

If you would like us to transmit the decision to you electronically and did not indicate this on the DS-4076 you submitted, please "reply all" to this e-mail and grant your permission to transmit the final determination by e-mail.

You may track the status of your submission by clicking here: https://mary.dtas-online.pmddtc.state.gov/

For a listing of commodity jurisdiction determinations published on our web site since electronic processing of cases began, click here:
http://www.pmddtc.state.gov/commodity_jurisdiction/determination.html

For other questions on commodity jurisdiction requests not addressed above, please contact the Response Team at (202) 663-1282 or by email at DDTCResponseTeam@state.gov.

Note: If you need to export the subject commodity while your CJ is pending, it is recommended that you submit a request for an ITAR approval to ensure export compliance if your commodity is designated as USML. If you choose to submit a request for an ITAR approval, please reference that the request is related to a pending CJ submission.

# Jonathan Wallace

Global Solutions Network, Inc.- Contractor
Defense Trade Controls Policy
Commodity Jurisdiction Team
Department of State
2401 E Street N.W. - 13th Floor
Washington, DC 20522