# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

───────────

No. 15-50759

───────────

DEFENSE DISTRIBUTED;
SECOND AMENDMENT FOUNDATION, INCORPORATED,

      Plaintiffs–Appellants,

versus

UNITED STATES DEPARTMENT OF STATE;
JOHN F. KERRY, In His Official Capacity
  as the Secretary of the Department of State;
DIRECTORATE OF DEFENSE TRADE CONTROLS,
  Department of State Bureau of Political Military Affairs;
KENNETH B. HANDELMAN, Individually and in His Official Capacity
  as the Deputy Assistant Secretary of State
  for Defense Trade Controls in the Bureau of Political-Military Affairs;
C. EDWARD PEARTREE, Individually and in His Official Capacity
  as the Director of the Office of Defense Trade Controls Policy Division;
SARAH J. HEIDEMA, Individually and in Her Official Capacity
  as the Division Chief, Regulatory and Multilateral Affairs,
  Office of Defense Trade Controls Policy;
GLENN SMITH, Individually and in His Official Capacity
  as the Senior Advisor, Office of Defense Trade Controls,

      Defendants–Appellees.

───────────────────────

Appeal from the United States District Court
for the Western District of Texas

───────────────────────

O R D E R :

    IT IS ORDERED that appellants' unopposed motion to view and obtain sealed documents is GRANTED.

                                              /s/ Jerry E. Smith
                                              JERRY E. SMITH
                                              United States Circuit Judge

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 05, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-50759   Defense Distributed, et al v. U.S. Dept. of State, et al
    USDC No. 1:15-CV-372

Enclosed is an order entered in this case.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Shawn D. Henderson, Deputy Clerk
    504-310-7668

Mr. Joshua Michael Blackman
Ms. Jeannette Clack
Mr. Matthew Goldstein
Mr. Alan Gura
Mr. William Bryan Mateja
Mr. Michael S. Raab
Mr. Eric J. Soskin
Mr. Daniel Bentele Hahs Tenny

P.S. to Counsel: In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court in the same sealed envelope as soon as it has served your purpose.