IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED and SECOND AMENDMENT FOUNDATION, INC., | § Case No. 15-CV-372-RP § § |
| Plaintiffs, | § § |
| v. | § § |
| U.S. DEPARTMENT OF STATE, et al., | § § |
| Defendants. | § § |

NOTICE OF DISMISSAL OF INDIVIDUAL CAPACITY DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby serve notice that this action is dismissed as against Kenneth B. Handelman, C. Edward Peartree, Sarah J. Heidema, and Glenn Smith, in their individual capacities only. The action is not dismissed as against any defendant or defendant's successor acting in an official capacity. *See Plains Growers, Inc. by Florists' Mut. Ins. Co.* v. *Ickes--Braun Glasshouses, Inc.*, 474 F.2d 250, 254-55 (5th Cir. 1973).

Dated: January 31, 2018

Respectfully submitted,

*/s/ Alan Gura*
Alan Gura
Virginia Bar No. 68842*
Gura PLLC
916 Prince Street, Suite 107
Alexandria, Virginia 22314
703.835.9085/Fax 703.997.7665
alan@gurapllc.com

William B. Mateja
Texas State Bar No. 13185350
POLSINELLI P.C.
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
214.397.0030/Fax 214.397.0033
Mateja@polsinelli.com

Matthew Goldstein
D.C. Bar No. 975000*
Matthew A. Goldstein, PLLC
1875 Connecticut Avenue, N.W.
10th Floor
Washington, DC 20009
202.550.0040/Fax 202.683.6679
matthew@goldsteinpllc.com

Josh Blackman
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

William T. "Tommy" Jacks
Texas State Bar No. 10452000
David S. Morris
Texas State Bar No. 24032877
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, Texas 78701
512.472.5070/Fax 512.320.8935
jacks@fr.com
dmorris@fr.com

*Admitted pro hac vice

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on January 31, 2018, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

/s/ Alan Gura
Alan Gura