IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al. | § | Case No. 15-CV-372-RP |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS
TO COMPLETE SETTLEMENT

The parties have reached a tentative settlement agreement in the above-captioned matter, subject to formal approval by Government officials with appropriate approval authority. Accordingly, Plaintiffs Defense Distributed, Second Amendment Foundation, Inc., and Conn Williamson move for a stay of proceedings to permit sufficient time for formal Government approval of the settlement agreement.

Pursuant to Local Rule CV-7(i), counsel for Plaintiffs has conferred with counsel for the Defendants, who stated the Defendants do not oppose this motion.

A proposed form of order is attached.

Dated: April 30, 2018                    Respectfully submitted,

                                         /s/ Matthew Goldstein
                                         Matthew Goldstein
Alan Gura                                D.C. Bar No. 975000*
Virginia Bar No. 68842*                  Matthew A. Goldstein, PLLC
Gura PLLC                                1875 Connecticut Ave NW, 10th Floor
916 Prince Street, Suite 107             Washington, DC 20009
Alexandria, Virginia 22314               202.550.0040 / Fax 202.683.6679
703.835.9085/Fax 703.997.7665            matthew@goldsteinpllc.com
alan@gurapllc.com

2

| | |
|---|---|
| Josh Blackman | William T. "Tommy" Jacks |
| Virginia Bar No. 78292 | Texas State Bar No. 10452000 |
| 1303 San Jacinto Street | David S. Morris |
| Houston, Texas 77002 | Texas State Bar No. 24032877 |
| 202.294.9003/Fax: 713.646.1766 | FISH & RICHARDSON P.C. |
| joshblackman@gmail.com | 111 Congress Avenue, Suite 810 |
| | Austin, Texas 78701 |
| | 512.472.5070 / Fax 512.320.8935 |
| | jacks@fr.com |
| | dmorris@fr.com |

*Admitted pro hac vice

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 30, 2018, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

      */s/ Matthew Goldstein*
      Matthew Goldstein