IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED and<br>SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 15-CV-372-RP |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Stay Proceedings to Complete Settlement in this matter [Dkt. 93], and for good cause shown, it is hereby ORDERED that further proceedings on this matter are stayed to permit sufficient time for the parties to obtain formal Government approval of the settlement agreement.

It is FURTHER ORDERED that the parties file a report on the status of settlement within 60 days of this order.

SIGNED this _____ day of _____, 2018.

_____
HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE