IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al. | § | Case No. 15-CV-372-RP |
| Plaintiffs, | § | |
| v. | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| Defendants. | § | |

JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's May 2, 2018 Order Granting Defendants' Motion to Stay Case [ECF 93], the parties file this report on the status of settlement in the above-captioned matter.

The parties report that Government officials with appropriate approval authority have approved the parties' settlement agreement. Accordingly, Plaintiffs and Defendants expect to conclude the agreement and submit a stipulation for dismissal on or before August 4, 2018.

Dated: June 28, 2018               Respectfully submitted,

/s/ Matthew Goldstein              CHAD A. READLER
Matthew Goldstein                  Acting Assistant Attorney General
D.C. Bar No. 975000*               Civil Division
Snell & Wilmer LLP
One South Church Ave., Ste. 1500   ANTHONY J. COPPOLINO
Tucson, Arizona 85701              Deputy Branch Director
520.882.1248 / Fax 520.884.1294    Federal Programs Branch
mgoldstein@swlaw.com

Alan Gura                          /s/ Eric J. Soskin
Virginia Bar No. 68842*            ERIC J. SOSKIN
Gura PLLC                          Pennsylvania Bar No. 200663
916 Prince Street, Suite 107       Senior Trial Counsel
Alexandria, Virginia 22314         STUART J. ROBINSON
703.835.9085 / Fax 703.997.7665    California Bar No. 267183

alan@gurapllc.com

William T. "Tommy" Jacks
Texas State Bar No. 10452000
David S. Morris
Texas State Bar No. 24032877
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, Texas 78701
512.472.5070 / Fax 512.320.8935
jacks@fr.com
dmorris@fr.com

Josh Blackman
Virginia Bar No. 78292
1303 San Jacinto Street
Houston, Texas 77002
202.294.9003/Fax: 713.646.1766
joshblackman@gmail.com

*Attorneys for Plaintiffs*

\*Admitted pro hac vice

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7116
Washington, DC 20530
Phone: (202) 514-1500
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 28, 2018, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

      */s/ Matthew Goldstein*
      Matthew Goldstein