IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED ET AL., | § | |
| | § | |
| Plaintiff, | § | |
| | § | C.A. NO. 1:15-CV-00372-RP |
| v. | § | JURY DEMANDED |
| | § | |
| UNITED STATES DEPT. OF STATE, ET AL, | § | |
| | § | |
| Defendants. | § | |

**JOINT EMERGENCY MOTION FOR LEAVE TO INTERVENE BY
INTERVENORS THE BRADY CAMPAIGN TO PREVENT GUN VIOLENCE,
EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. AND GIFFORDS**

TO THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 24, Intervenors The Brady Campaign to Prevent Gun

Violence ("Brady" or "Brady Campaign"), Everytown for Gun Safety Action Fund, Inc.

("Everytown") and Giffords ("Giffords"), (collectively "Proposed Intervenors") seek leave to

intervene in this litigation. In support, Proposed Intervenors file 1) a Memorandum of Law in

support of their request to intervene (**Exhibit A**), 2) a Complaint in Intervention (**Exhibit B**), and

3) an Appendix of Facts. Proposed Intervenors are contemporaneously filing a motion for

temporary restraining order and preliminary injunction and requesting a hearing for the same.

Dated:  July 25, 2018              Respectfully submitted,

                                 */s/* David Cabello
                                 J. David Cabello
                                 Blank Rome LLP
                                 Texas State Bar No. 03574500
                                 717 Texas Avenue
                                 Suite 1400
                                 Houston, TX 77002
                                 Telephone: (713) 228-6601
                                 Facsimile: (713) 228 6605
                                 E-mail: dcabello@blankrome.com

                                 John D. Kimball (pending *pro hac vice*)
                                 Blank Rome LLP
                                 N.Y. Bar No. 1416031
                                 The Chrysler Building
                                 405 Lexington Ave.
                                 New York, NY 10174
                                 (212) 885-5000

                                 **Attorneys for Proposed Intervenors**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on July 25, 2018, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

                                 */s/M'Liss Hindman*
                                 M'Liss Hindman
                                 Paralegal