IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED ET AL., § § Plaintiff, § § v. § § UNITED STATES DEPT. OF STATE, ET AL, § § Defendants. § | C.A. NO. 1:15-CV-00372-RP JURY DEMANDED |

**[PROPOSED] ORDER GRANTING REQUEST FOR AN EMERGENCY HEARING BY INTERVENORS THE BRADY CAMPAIGN TO PREVENT GUN VIOLENCE, EVERYTOWN FOR GUN SAFETY ACTION FUND, INC. AND GIFFORDS**

The Court, having considered Intervenors The Brady Campaign to Prevent Gun Violence, Everytown for Gun Safety Action Fund, Inc., and Giffords' Emergency Motion for Hearing on Temporary Restraining Order and Preliminary Injunction, finds that Intervenor's motions should be GRANTED.

IT IS SO ORDERED that

The Court will hold a hearing on Intervenors' Motion for Preliminary Injunction and Temporary Restraining Order on _____, July _____, 2018 at _____ a.m./p.m.

_____
Judge Robert L. Pitman
United States District Court
Western District of Texas