IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al. | § | Case No. 15-CV-372-RP |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

PROPOSED ORDER

This matter comes before the Court on the Proposed Intervenors' Motion to Intervene.

The motion is DENIED.

SO ORDERED.

This the ___ day of July, 2018.

_____
The Hon. Robert Pitman
United States District Judge