IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED ET AL., | § § § | |
| Plaintiff, | § § | C.A. NO. 1:15-CV-00372-RP |
| v. | § § | JURY DEMANDED |
| UNITED STATES DEPT. OF STATE, ET AL, | § § § | |
| Defendants. | § § | |

**PROPOSED INTERVENORS' FURTHER SUPPLEMENTAL SUBMISSION IN
SUPPORT OF MOTION FOR LEAVE TO INTERVENE**

Proposed Intervenors hereby supplement their earlier submissions (Dkts. 96 and 103) and now enclose as Exhibit D a letter from the City of Los Angeles regarding its intention to intervene.

Dated: July 27, 2018

Respectfully Submitted,

 */s/ J. David Cabello*
BLANK ROME LLP
J. David Cabello
Texas Bar No. 03574500
717 Texas Avenue
Suite 1400
Houston, TX 77002
(713) 632-8696
dcabello@blankrome.com

John D. Kimball (pending *pro hac vice*)
N.Y. Bar No. 1416031
The Chrysler Building
405 Lexington Ave.
New York, NY 10174
(212) 885-5000

**Attorneys for Proposed Intervenors**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on July 27, 2018, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

 */s/M'Liss Hindman*
M'Liss Hindman
Paralegal