IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DEFENSE DISTRIBUTED, et al.,                    §
                                                §
              Plaintiffs,                       §
                                                §
v.                                              §              1:15-CV-372-RP
                                                §
UNITED STATES DEPARTMENT                        §
OF STATE, et al.,                               §
                                                §
              Defendants.                       §

## **ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Dkt. 112). The

parties stipulate that they have resolved all causes of action and that this action should be dismissed

with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an

action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has

done so. The Court therefore **ORDERS** that the case is **DISMISSED WITH PREJUDICE**. All

costs shall be taxed to the party incurring them. This action is **CLOSED**.

**SIGNED** on July 30, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE