# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No: 1:15-cvv-372-RP |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW William T. Jacks of Fish & Richardson P.C., attorney of record for Plaintiff Defense Distributed ("Defense Distributed") in the above-styled case, and files this Motion to Withdraw as Attorney of Record, and in support thereof, respectfully shows the Court as follows:

William T. Jacks of the law firm of Fish & Richardson hereby requests permission to withdraw as attorney of record for Defense Distributed in the above-styled cause. Fish & Richardson completed its representation of Defense Distributed on July 27, 2018. Defense Distributed has hired new counsel who have appeared of record as follows:

> Charles R. Flores
> Mary Kate Raffetto
> Beck Redden LLP
> 1221 McKinney Street, Suite 4500
> Houston, TX 77010
> (713) 951-3700

Defense Distributed does not oppose the withdrawal, and the withdrawal will not have a materially adverse effect on Defense Distributed, as it is still represented by competent counsel who are fully capable of representing its interests.

Additionally, William T. Jacks requests that the clerk of the Court remove his name from the list of persons authorized to receive electronic notices.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that the Court grant this motion, permitting William T. Jacks of the law firm of Fish & Richardson to withdraw as attorney of record from this action, and requests removal from the list of persons authorized to receive electronic notices in this case.

Dated: August 28, 2018

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ William T. Jacks*
William T. "Tommy" Jacks
Texas Bar No. 10452000
jacks@fr.com
David S. Morris
Texas Bar No. 24032877
dmorris@fr.com
One Congress Plaza
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

**COUNSEL FOR PLAINTIFF**
**DEFENSE DISTRIBUTED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 28, 2018, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

*/s/ William T. Jacks*
William T. Jacks