UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED, et al., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> U.S. DEPARTMENT OF STATE, et al., § <br> Defendants. § | No. 1:15-cv-372-RP |

**CONSENT MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION TO AMEND JUDGMENT
OR, IN THE ALTERNATIVE, FOR RELIEF FROM JUDGMENT**

Defendants hereby respectfully move for an eight-day extension, until September 12, 2018, of the current deadline to respond to Plaintiffs' motion to amend the judgment or, in the alternative, for relief from the judgment, ECF No 117.  Good cause for this relief is set forth as follows:

1. After reaching a settlement to resolve the issues in this case, the parties filed a stipulation of dismissal with prejudice on July 27, 2018.  ECF No. 112.  On July 30, 2018, the Court entered an order dismissing the case.  ECF No. 113.

2. On August 27, 2018, the U.S. District Court for the Western District of Washington issued a preliminary injunction that affected the settlement agreement in this case. *See* Prelim. Inj., ECF No. 95, *State of Washington, et al. v. U.S. Dep't of State, et al.*, No. 2:18-cv-1115-RSL (W.D. Wash.).  Specifically, the district court in *Washington* enjoined the Government "from implementing or enforcing the 'Temporary Modification of Category I of the United States Munitions List' and the letter to Cody R. Wilson, Defense Distributed, and the Second Amendment Foundation issued by the U.S. Department of State on July 27, 2018," and

1

ordered the Government to "preserve the status quo *ex ante* as if the modification had not occurred and the letter had not been issued until further order of the Court."  *Id.* at 25.

3. Later on August 27, 2018, and in light of the preliminary injunction, Plaintiffs filed a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59 or, in the alternative, for relief from the judgment under Rule 60(b).  ECF No. 117.  Pursuant to Local Civil Rule 7(e)(2), Defendants' response to Plaintiffs' motion is due no later than September 4, 2018.

4. In light of the need for coordination within the Executive Branch, as well as the previously scheduled leave of undersigned counsel, Defendants respectfully request that the Court grant an eight-day extension to the deadline to respond to Plaintiffs' motion, to September 12, 2018.  This relief would not affect any other dates or deadlines in this action.

5. Undersigned counsel have conferred with Plaintiffs' counsel, who consent to the relief requested.

A proposed order is attached.

Dated: August 30, 2018                                  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Stuart J. Robinson*
ERIC J. SOSKIN
Pennsylvania Bar No. 200663
Senior Trial Counsel
STUART J. ROBINSON
California Bar No. 267183

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave.
San Francisco, CA 94102
Phone: (415) 436-6635
Fax: (415) 436-6632
Email: stuart.j.robinson@usdoj.gov

*Attorneys for U.S. Government Defendants*

**CERTIFICATE OF SERVICE**

      I certify that on August 30, 2018, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to counsel of record.

                                      */s/ Stuart J. Robinson*
                                      STUART J. ROBINSON