UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:15-cv-372-RP |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| Defendants. | § | |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time to Respond to Plaintiffs' Rule 59 Motion to Alter or Amend a Judgment or, Alternatively, Rule 60(b) Motion for Relief from a Judgment, it is hereby ORDERED that

Defendants' Consent Motion is GRANTED; and

ORDERED that Defendants shall respond to Plaintiffs' motion on or before September 12, 2018.

SIGNED this _____ day of _____, 2018.

HON. ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE