IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, et al. | § | Case No. 15-CV-372-RP |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW Alan Gura of Gura PLLC, attorney of record for Plaintiffs Defense Distributed, Second Amendment Foundation, Inc., and Conn Williamson, in the above-styled case, and files this Motion to Withdraw as Attorney of Record, and in support thereof, respectfully shows the Court as follows:

Alan Gura, Gura PLLC, has completed his representation of Plaintiffs on July 30, 2018. Plaintiffs' counsel, Matthew Goldstein and Josh Blackman, are continuing in their representation of the Plaintiffs, who have also hired additional new counsel who have appeared of record as follows:

    Charles R. Flores
    Mary Kate Raffetto
    Daniel N. Hammond
    Beck Redden LLP
    1221 McKinney Street, Suite 4500
    Houston, TX 77010
    (713) 951-3700

Plaintiffs do not oppose the withdrawal, and the withdrawal will not have a materially adverse effect on Plaintiffs, as they are still represented by competent counsel who are fully capable of representing their interests.

Additionally, Alan Gura requests that the clerk of the Court remove his name from the list of persons authorized to receive electronic notices.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that the Court grant this motion, permitting Alan Gura of the law firm of Gura PLLC to withdraw as attorney of record from this action, and requests removal from the list of persons authorized to receive electronic notices in this case.

| | |
|---|---|
| Dated: September 13, 2018 | Respectfully submitted, |
| | /s/ Alan Gura |
| | Alan Gura (VA Bar No. 68842) |
| | *Admitted pro hac vice* |
| | Gura PLLC |
| | 916 Prince Street, Suite 107 |
| | Alexandria, VA 22314 |
| | 703.835.9085 |
| | alan@gurapllc.com |

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 13, 2018, and was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

/s/ Alan Gura
Alan Gura