IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>            Defendants. | Civil Action No: 1:15-cvv-372-RP |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW William B. Mateja, previously with the law firm of Polsinelli PC (now with Sheppard, Mullin, Richter & Hampton LLP), attorney of record for Plaintiffs Defense Distributed and the Second Amendment Foundation, Inc. in the above-styled case, and files this Motion to Withdraw as Attorney of Record, and in support thereof, respectfully shows the Court as follows:

William B. Mateja hereby requests permission to withdraw he and his prior law firm as attorneys of record for Defense Distributed and the Second Amendment Foundation in the above-styled cause. William B. Mateja completed his representation of Defense Distributed and the Second Amendment Foundation on March 23, 2018 at the time he left Polsinelli PC to join the law firm of Sheppard, Mullin, Richter & Hampton. Notably, neither Defense Distributed nor the Second Amendment Foundation has retained Sheppard, Mullin, Richter & Hampton to represent them herein.

Neither Defense Distributed nor the Second Amendment Foundation oppose the withdrawal, and the withdrawal will not have a materially adverse effect on Plaintiffs, as they are still represented by competent counsel who are fully capable of representing their interests. To that end, Plaintiffs continue to retain two of their original lawyers, Joshua M. Blackman and

Matthew A. Goldstein, and they have hired new counsel who have already appeared of record, namely:

>Charles R. Flores
>Mary Kate Raffetto
>Beck Redden LLP
>1221 McKinney Street, Suite 4500
>Houston, TX 77010

Additionally, William B. Mateja requests that the clerk of the Court remove his name from the list of persons authorized to receive electronic notices.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully requests that the Court grant this motion, permitting William B. Mateja and Polsinelli PC to withdraw as attorneys of record from this action, and requests removal from the list of persons authorized to receive electronic notices in this case.

Dated September 18, 2018

>Respectfully submitted,
>
>By:   /s/ William B. Mateja
>      William B. Mateja
>      Texas Bar No. 13185350
>      bmateja@sheppardmullin.com
>      2200 Ross Avenue, 24th Floor
>      Dallas, Texas 75201
>      Tel: (469) 391-7400
>      Fax: (469) 391-7401
>
>      **ATTORNEY OF RECORD FOR PLAINTIFFS DEFENSE DISTRIBUTED AND THE SECOND AMENDMENT FOUNDATION**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 18, 2018, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1).

*/s/ William B. Mateja*
William B. Mateja