IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INC; and CONN WILLIAMSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE; MICHAEL POMPEO, in his official capacity as Secretary of State; DIRECTORATE OF DEFENSE TRADE CONTROLS; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary of Defense Trade Controls ; SARAH J. HEIDEMA, in her official capacity as Acting Director, Office of Defense Trade Controls Policy, Bureau of Political Military Affairs, Department of State, <br><br> Defendants. | Civil Action No. 1:15-CV-00372-RP |

## Motion to Withdraw as Attorneys of Record

Plaintiff Defense Distributed files this motion to withdraw Daniel N. Hammond and Mary Kate Raffetto of Beck Redden LLP as attorneys of record for Plaintiff Defense Distributed in the above-styled case. Daniel N. Hammond and Mary Kate Raffetto have completed their representation of Plaintiff Defense Distributed. Defense Distributed remains represented by Charles R. Flores of Beck Redden LLP, Joshua Michael Blackman of Josh Blackman LLC, and Matthew A. Goldstein of Farhang & Medcoff. Plaintiff Defense Distributed does not oppose this withdrawal and this withdrawal will not have a materially adverse effect on Plaintiff, as it is still represented by competent counsel who are fully capable of representing its interests. Accordingly,

Daniel N. Hammond and Mary Kate Raffetto request that the clerk of the Court remove their names from the list of persons authorized to receive this action's electronic notices.

## Conclusion

For these reasons, Plaintiff Defense Distributed respectfully requests that the Court grant this motion, permit Daniel N. Hammond and Mary Kate Raffetto of the law firm Beck Redden LLP to withdraw as attorneys of record from this action, and have them removed from the list of persons receiving the action's electronic notices.

Date: September 17, 2018							Respectfully submitted,

											BECK REDDEN LLP
											By /s/ Chad Flores
											Chad Flores*
											cflores@beckredden.com
											State Bar No. 24059759
											Mary Kate Raffetto
											mkraffetto@beckredden.com
											State Bar No. 24098296
											Dan Hammond*
											dhammond@beckredden.com
											State Bar No. 24098886
											1221 McKinney St., Suite 4500
											Houston, TX 77010
											(713) 951-3700 | (713) 952-3720 (fax)

											FARHANG & MEDCOFF
											Matthew Goldstein*
											mgoldstein@fmlaw.law
											D.C. Bar No. 975000
											4801 E. Broadway Blvd., Suite 311
											Tucson, AZ 85711
											(202) 550-0040 | (520) 790-5433 (fax)

											Josh Blackman*
											joshblackman@gmail.com
											Virginia Bar No. 78292
											1303 San Jacinto Street
											Houston, TX 77002
											(202) 294-9003 | (713) 646-1766 (fax)

											*Admitted *pro hac vice*

											Attorneys for Plaintiff Defense Distributed

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served to all counsel of record through the Court's CM/ECF system on this 19th day of September, 2018.

											/s/ *Chad Flores*
											Chad Flores