**TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON 1/AS/1 PAGE BEFORE COMPLETING**

District Court <u>Western District of Texas - Austin Division</u>     District Court Docket No. <u>1:15-CV-00372-RP</u>

Short Case Title <u>Defense Distributed, et al. v. United States Department of State, et al.</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>Joe Reynosa</u>

Date Notice of Appeal Filed in the District Court <u>09/25/18</u>     Court of Appeals No. <u>18-50811</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

  **OR**

  **Check all of the following that apply, include date of the proceeding**.

  This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____

☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____

☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____

☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 07/06/2015 | Motion for Preliminary Injunction | Robert Pitman |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds

☐Other_____

Signature _____ /s/ Chad Flores _____ Date Transcript Ordered <u>11/27/2018</u>

Print Name <u>Chad Flores</u>     Phone <u>713-951-6268</u>

Counsel for <u>Defense Distributed</u>

Address <u>1221 McKinney St., Suite 4500, Houston, TX 77010</u>

Email of Attorney: <u>cflores@beckredden.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

      ☐Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

  This is to certify that the transcript has been completed and filed at the District Court today.

  Actual Number of Pages _____     Actual Number of Volumes_____

Date _____ Signature of Reporter _____