UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DEFENSE DISTRIBUTED, SECOND )
AMENDMENT FOUNDATION, INC., )
        Plaintiffs, )
 )
   vs. )Case No. A:15-CV-372-RP
 )
UNITED STATES DEPARTMENT OF STATE, )
JOHN F. KERRY, DIRECTORATE OF )
DEFENSE TRADE CONTROLS, THE BRADY )
CAMPAIGN TO PREVENT GUN VIOLENCE, )
EVERYTOWN FOR GUN SAFETY ACTION )
FUND, INC., GIFFORDS, )
       Defendants. )
_____)

TRANSCRIPT OF TELEPHONIC MOTIONS HEARING
BEFORE THE HONORABLE ROBERT PITMAN
THURSDAY MARCH 08, 2018, 9:41 A.M.

FOR THE PLAINTIFF:  ALAN GURA, ESQ.
                 MATTHEW A. GOLDSTEIN, ESQ.
                 JOSHUA M. BLACKMAN, ESQ.

FOR THE DEFENDANT:  STUART J. ROBINSON, ESQ.
                 ERIC J. SOSKIN, ESQ.

Proceedings recorded by mechanical stenography, transcript
produced using computer aided transcription.

Pamela J. Andasola, CSR/RMR/FCRR
FEDERAL OFFICIAL COURT REPORTER
355 EAST CESAR E. CHAVEZ BLVD.
SAN ANTONIO, TEXAS 78210

2

MORNING SESSION, MARCH 08, 2018

*****

(The following proceedings were had via telephone conference at the hour of 9:41 a.m.)

*****

THE CLERK:  Good morning.  This is Judge Pitman's chambers.

MR. GURA:  Good morning.

THE CLERK:  Do we have everyone on the line?

MR. ROBINSON:  Yes, we do.

MR. GOLDSTEIN:  We do.

THE COURT:  All right, good morning.  This is Judge Pitman.  Thank you very much for joining me for a phone conference this morning.  I'm going to get the clerk to call the case and if you can make announcements for the record, please.

THE CLERK:  A:15-CV-372, Defense Distributed, and others, versus United States Department of State, and others, for initial pretrial conference.

MR. GURA:  Good morning, Your Honor.  Alan Gura for the plaintiffs.

MR. GOLDSTEIN:  Good morning.  Matthew Goldstein for the plaintiffs.

MR. BLACKMAN:  Good morning, Your Honor.  This is

Josh Blackman for the plaintiffs.

MR. SOSKIN: Good morning, Your Honor. This is Eric Soskin for defendants.

MR. ROBINSON: Good morning, Your Honor, Stuart Robinson for defendants.

THE COURT: All right. Sounds like we've got a full house today. I am wanting to address today's scheduling in the case and anything else that you would like to talk about.

We do have your Proposed Scheduling Order and this case is in a different posture than the typical case. And so, I understand that in some respects it doesn't track our form orders; notably, that we don't have a discovery deadline so that we really can't set a trial date. But I don't have any problem leaving that open pending the rulings on the dispositive motions, and so what I would propose is that we just go ahead and -- well, a couple of preliminary matters, first, the Proposed Scheduling Order refers to a Second Amended Complaint that was, quote, "deemed filed."

What we're going to need you to do, just for sort of that this is docketed correctly and that procedurally we're in the right posture, is if you could -- the plaintiff could file an Unopposed Motion for Leave to File the Second Amended Complaint, then that will -- that will accomplish that. And then there's also the matter of the Proposed

4

Scheduling Order referencing an on-file Motion to Dismiss.

Previously the stay that was in effect vacated the deadlines and that motion actually was terminated. So after you file that Second Amended Complaint, if we could get that Motion to Dismiss filed again, then we can start the clock on that and, again, clean up the record so that we -- everything is reflected on the record as being pending.

With that, I certainly don't have any issue waiting until those motions are ruled on before we talk about discovery and a potential trial, should there need to be one. And, so, we can just regroup at that time.

Mr. Gura, does that sound like a way that we could proceed?

MR. GURA: Sure, Your Honor. That sounds fine. So we're going to go ahead and get that motion regarding Second Amended Complaint up, and then I suppose we have the dates that the parties had agreed upon for the scheduling of the cross dispositive motions.

THE COURT: That's fine with me, if nobody has any issue with that.

Mr. Soskin or Mr. Robinson?

MR. ROBINSON: No problem for defendants on that, Your Honor.

THE COURT: Okay.

MR. ROBINSON: I did want to -- Your Honor, you

5

made reference to a reference in our Proposed Scheduling Order to a previously filed Motion to Dismiss and I don't think our understanding is that we were referencing a previously filed Motion to Dismiss, rather what we intended was for our response to the Second Amended Complaint to be due on or by April 6th and that we would file -- if we were filing a motion to dismiss, we would file a new one on or before that date.

THE COURT:  Okay.  That's fine.  That resolves that then.  So thanks for making that clear.

So, with that, the scheduling order looks fine and I'm happy to enter it.  And I will say, though, as you go along if you have need to tinker with any of these dates, since we -- I guess, what do we have?  Let me look here.

Yeah, I think these dates are going to be fine. But if you need to revisit them just let me know and we can. And then, as I said, once I have an opportunity to review the rule on whatever motions are filed, then we can regroup and perhaps have follow-up phone conference to talk about where we are and the path ahead.

So that -- that's -- that works for me.  Does anybody have any questions or any other issue that you would like to address today?

Anything from the plaintiffs?

MR. GURA:  No, Your Honor.  I think that pretty

much resolves everything.

THE COURT:  Okay.

From the defendants?

MR. ROBINSON:  No, Your Honor.  I think everything has been covered.  Thank you.

THE COURT:  Great.  Well thank you all very much for being available.  We will get this order entered and we will see you down the road.

MR. GURA:  Thank you, Your Honor.

MR. GOLDSTEIN:  Thank you very much.

THE COURT:  Have a good day.

MR. ROBINSON:  Thank you.

(Whereupon, the hearing then concluded

at .)

*        *        *        *        *

7

C E R T I F I C A T E

I, Pamela J. Andasola, Certified Shorthand Reporter, Registered Merit Reporter, Federal Certified Realtime Reporter, in my capacity as Official Reporter do hereby certify that I was present and recorded the above telephonic proceedings in stenotype and reduced the same to typewritten form, that the foregoing 6 pages constitute a true and complete record of the proceedings, to the best of my ability, had and done on March 08, 2018, before the Honorable ROBERT PITMAN, Courtroom 4 of the United States District Court, Western District of Texas, Austin Division.

Dated this 1st day of February, 2019.


s/Pamela J. Andasola
PAMELA J. ANDASOLA, CSR/RMR/FCRR